No. 78. W. B. HADLEY, ACTING AUDITOR OF PORTO RICO, APPELLANT, *v.* H. H. SCOVILLE, CLERK, ET AL. Appeal from the District Court of the United States for Porto Rico. October 11, 1909. Dismissed with costs, on motion of counsel for appellant. *Mr. Henry M. Hoyt, 2d.,* for appellant. *Mr. N. B. K. Pettingill* for appellees

---

No. 82. SUPREME COUNCIL OF THE ROYAL ARCANUM, PLAINTIFF IN ERROR, *v.* A. G. BRENIZER. In error to the Supreme Court of the State of North Carolina. October 11, 1909. Dismissed with costs, on motion of counsel for plaintiff in error. *F. H. Busbee* and *Mr. Charles W. Tillett* for plaintiff in error. No appearance for the defendant in error.

---

No. 170. JULIO O. ABRIL, AS ATTORNEY IN FACT OF JOSE T. SILVA, APPELLANT, *v.* MODESTO COBIAN Y MUNIZ. Appeal from the Supreme Court of Porto Rico. October 11, 1909. Dismissed with costs, on motion of counsel for appellant. *Mr. John Larkin* for appellant. *Mr. Charles F. Carusi* for appellee.

---

No. 216. THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* EMMA M. SEWELL. In error to the Supreme Court of the State of Kansas. October 11, 1909. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Robert Dunlap* for plaintiff in error. *Mr. Charles F. Hutchings* for defendant in error.